## GILBERT LILLY AND THOMAS BOSTON
### v.
## HUBERT LACROIX, JOSEPH JOBIN AND FRANÇOIS NAVARRE

### 1810

#### JOURNAL ENTRIES

1. Rule to bring bodies . . . . . . . . *Journal, infra,* \*p. 310
2. Declaration filed; appearance; rule to plead . . . . " 313
3. Discontinuance . . . . . . . . . . . . . " 352

#### PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . . *Printed in Vol. 2*

## DANIEL SUTHERLAND, CURATOR TO THE VACANT SUCCESSION OF PATRICK ROBERTSON, DECEASED
### v.
## GABRIEL GODFROY

### 1810

#### JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra,* \*p. 310
2. Judgment . . . . . . . . . . . . " 352

#### PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . . . . .
2. Precipe for capias . . . . . . . . . . . . . . .
3. Capias and return . . . . . . . . . . . . . . . .
4. Declaration . . . . . . . . . . . . . . . . . .
5. Confession of judgment . . . . . . . . . . . . .
6. Bond for $2500 . . . . . . . . . . . . . . . .